UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| VONELLE A. CLAY,<br>             Plaintiff<br><br>                V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>             Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE       1:11-AT-00137 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

   __X__  The clerk is directed to file the complaint.

   __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   __16th__   day of   __March__  ,   __2011__  .

                              __/s/ Sandra M. Snyder__
                              Signature of Judicial Officer

                              __SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE__
                              Name and Title of Judicial Officer