# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONELLE A. CLAY,        ) | Case No.: 1:11-cv-00442-SKO |
|          ) | **ORDER CLOSING CASE** |
|     Plaintiff,   ) | |
|          ) | (Doc. 14) |
|    v.       ) | |
| MICHAEL J. ASTRUE,   ) | |
| Commissioner of Social Security, ) | |
|          ) | |
|     Defendant.  ) | |
|          ) | |

On September 23, 2011, the parties filed a stipulation for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The filing of the stipulation itself has the effect of closing the action, and the Court no longer has jurisdiction.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' stipulation for dismissal filed on September 23, 2011.

IT IS SO ORDERED.

**Dated:    September 26, 2011**         /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE